IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-363-RJC-DCK

| | |
|---|---|
| NOBLE BOTTLING, LLC; and RAYCAP ASSET HOLDINGS LTD., </br></br>Plaintiffs, </br></br>v. </br></br>HULL & CHANDLER, P.A.; NATHAN M. HULL; JOSHUA A. KUSHNER; GORA LLC; and RICHARD GORA, </br></br>Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by Fred M. Wood, Jr., concerning William D. Newcomb on September 11, 2020. William D. Newcomb seeks to appear as counsel *pro hac vice* for Defendants Hull & Chandler, P.A. and Nathan Hull. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**. William D. Newcomb is hereby admitted *pro hac vice* to represent Defendants Hull & Chandler, P.A. and Nathan Hull.

Signed: September 15, 2020

David C. Keesler
United States Magistrate Judge