# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-363-RJC-DCK

| | |
|---|---|
| NOBLE BOTTLING, LLC, and RAYCAP ASSET HOLDINGS LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HULL & CHANDLER, P.A., JOSHUA A. KUSHNER, GORA LLC, NATHAN M. HULL, and RICHARD GORA, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants Hull & Chandler, P.A. And Nathan M. Hull's Partial Motion To Dismiss" (Document No. 22) filed September 11, 2020. This motion has been referred to the undersigned Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will direct that the pending motion be <u>denied</u> as moot.

Federal Rule of Civil Procedure 15 applies to the amendment of pleadings and allows a party to amend once as a matter of course within 21 days after serving, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed.R.Civ.P. 15(a)(1). Rule 15 further provides:

> **(2) Other Amendments.** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed.R.Civ.P. 15(a)(2).

Plaintiff timely filed an "Amended Complaint" (Document No. 32) on October 9, 2020. See Fed.R.Civ.P. 15(a)(1) and (Document No. 31). The Amended Complaint supersedes the original Complaint. As such, the undersigned will direct that "Defendants Hull & Chandler, P.A. And Nathan M. Hull's Partial Motion To Dismiss" (Document No. 22) be denied as moot.

It is well settled that a timely-filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings may be denied as moot. Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); see also, Fawzy v. Wauquiez Boats SNC, 873 F.3d 451, 455 (4th Cir. 2017) ("Because a properly filed amended complaint supersedes the original one and becomes the operative complaint in the case, it renders the original complaint 'of no effect.'").

**IT IS, THEREFORE, ORDERED** that "Defendants Hull & Chandler, P.A. And Nathan M. Hull's Partial Motion To Dismiss" (Document No. 22) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: October 13, 2020

David C. Keesler
United States Magistrate Judge