IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-363-RJC-DCK

| | |
|---|---|
| NOBLE BOTTLING, LLC; and RAYCAP ASSET HOLDINGS LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| HULL & CHANDLER, P.A.; NATHAN M. HULL; JOSHUA A. KUSHNER; GORA LLC; and RICHARD GORA, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 53) filed by Randolp M. James, concerning Joseph J. Tuso, on January 15, 2021. Joseph J. Tuso seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 53) is **GRANTED**. Joseph J. Tuso is hereby admitted *pro hac vice* to represent Plaintiffs.

Signed: January 19, 2021

David C. Keesler
United States Magistrate Judge