# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Raycap Asset Holdings Ltd. Noble Bottling, LLC, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:20-cv-00363-KDB-DCK |
| vs. | ) ) | |
| Joshua A. Kushner Hull & Chandler, P.A. Gora LLC Nathan M. Hull Richard Gora, | ) ) ) ) ) ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2023 Order.

August 24, 2023

Katherine Hord Simon, Clerk
United States District Court